

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| In the Estate of Ramona Ledezma, Deceased, | § | No. 08-23-00019-CV |
| | § | |
| Appellant. | § | Appeal from the |
| | § | County Court at Law No. 2 |
| | § | of Webb County, Texas |
| | § | (TC# 2021-PB-9000076-L2) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's second request for an extension of time within which to file the Reporter's Record until **February 24, 2023.**   NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Roxann G. Soto-Serna, Court Reporter for the county Court at Law No. 2 for Webb County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 24, 2023.**

IT IS SO ORDERED this 25th day of January, 2023.


PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.